UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CEDRIC BISHOP, *on behalf of himself and all others similarly situated*,  :
:
                              Plaintiff,    :            18-CV-7351 (VEC)
:
          -against-                :            ORDER
:
BELUX CATERING CORP.,   :
:
                             Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 26, 2019 (Dkt. 16), the parties notified the Court that they have reached an agreement in principle resolving all issues;

      IT IS HEREBY ORDERED THAT the Pretrial Conference scheduled for March 29, 2019 and all other deadlines are cancelled.

      IT IS FURTHER ORDERED that this action will be dismissed with prejudice and without costs (including attorneys' fees) to either party on **April 26, 2019**, unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and explaining why the action should not be dismissed in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **April 26, 2019**; any request filed on or after that date may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, not later than **April 19, 2019,** they must submit (1) their settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices and (2) a request that the

Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.

*See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).


**SO ORDERED.**

                                                  _____

**Date:  March 27, 2019**                                **VALERIE CAPRONI**
       **New York, NY**                                    **United States District Judge**